NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR I. ROSENFELD and )
JOHANNA M. ROSENFELD, )
                                         )
      Appellants, )
                                         )
v. )      Case No. 2D18-238
                                         )
RALPH F. GONZALEZ, M.D., and )
BRADENTON NEUROLOGY, INC., )
                                         )
      Appellees. )
_____ )

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Manatee
County; Diana L. Moreland, Judge.

H. Dennis Rogers of H. Dennis Rogers,
P.A., Clearwater, for Appellants.

Gabrielle Osborne and Mark E. McLaughlin
of Beytin, McLaughlin, O'Hara, Bocchino &
Bolin, P.A., Tampa, for Appellees Ralph F.
Gonzalez, M.D., and Bradenton Neurology,
Inc.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.